United States District Court
Southern District of Texas
**ENTERED**
June 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMY FRANKLIN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-138 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § § § | |
| Defendant. | § | |

# ORDER OF DISMISSAL WITH PREJUDICE

On June 10, 2024, the court ordered that this case be dismissed with prejudice, unless either party informed the court before August 9, 2024, that the settlement could not be completely documented. Dkt. 15.

On June 13, 2024, the plaintiff represented that all remaining claims were settled and moved for entry of an order dismissing the case with prejudice. Dkt. 16.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the remaining defendant in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 14th day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE